

# DAVIDOFF HUTCHER & CITRON LLP

ATTORNEYS AT LAW

605 THIRD AVENUE
NEW YORK, NEW YORK 10158

TEL: (212) 557-7200
FAX: (212) 286-1884
WWW.DHCLEGAL.COM

FIRM OFFICES

WHITE PLAINS
ATTORNEYS AT LAW
120 BLOOMINGDALE ROAD
WHITE PLAINS, NY 10605
(914) 381-7400

WEST PALM BEACH
ATTORNEYS AT LAW
1107 NORTH OLIVE AVENUE
WEST PALM BEACH, FL 33401
(561) 567-8488

FIRM OFFICES

ALBANY
ATTORNEYS AT LAW
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
ATTORNEYS AT LAW
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

**WRITER'S DIRECT: (646) 428-3268**
**E-MAIL: jsk@dhclegal.com**

March 9, 2026

**MEMO ENDORSED**

<u>VIA ECF and Email</u>

Honorable Katherine Polk Failla
United States District Court Judge
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10008
Failla_NYSDChambers@nysd.uscourts.gov

Re:  *Datamaxx Applied Techs., Inc., et al. v. Gold Type Business Machines, Inc.*, et al., Case No. 1:26-cv-01202 (KPF) (S.D.N.Y.) – Request to <u>Adjourn Initial Conference</u>

Dear Judge Failla:

I am counsel for Plaintiff in the above-referenced action and respectfully write to request that the Initial Conference currently scheduled for May 12, 2026 at 11:00 a.m. be rescheduled.

Pursuant to Your Honor's Individual Rule of Practice 2(C)(i), this is the first request for an adjournment of the conference. The request is made because I have a previously scheduled court appearance at the same time for oral argument on two motions in related matters pending before the Supreme Court of the State of New York, County of New York. No other scheduled dates will be affected by this adjournment and counsel for Defendant consents to this request.

Counsel for the parties are available for the Initial Conference on May 13 or May 14, 2026, or after 3:00 p.m. on May 12. If none of those times are convenient for the Court, the parties respectfully request that the conference be rescheduled to the Court's next available date.

Thank you for the Court's time and consideration.

4923-4300-9174.v1

DAVIDOFF HUTCHER & CITRON LLP
Hon. Katherine Polk Failla
March 9, 2026
Page 2

Respectfully submitted,

/s/ *Joshua Krakowsky*

Joshua Krakowsky

To:   Benjamin Margo, Esq. (bmargo@wsgr.com) (counsel for Defendant *Gold Type Business Machines, Inc.*)

Isaac Gorenstein, Esq. (igorenstein@wsgr.com) (counsel for Defendant *Gold Type Business Machines, Inc.*)

John T. Ambrosio, Esq. (jta@ambrosiolawllc.com) (as Escrow Agent)

Application GRANTED.

The initial pretrial conference currently scheduled for May 12, 2026, is hereby ADJOURNED to **May 13, 2026,** at **10:30 a.m.**  As before, the conference will be telephonic.  The dial-in information is as follows:  At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 9.

Dated:    March 10, 2026
          New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

4923-4300-9174.v1